SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
KARISSA D. NEFF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MAH, an individual and a trustee of THE MAH REVOCABLE LIVING TRUST,<br><br>Petitioner,<br><br>v.<br><br>KELLY LOEFFLER, in her official capacity as the Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Respondent. | Case No. 2:25-cv-00884-RFB-DJA<br><br>**Stipulation and Order to Extend Time to File a Response to Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief**<br><br>**(First Request)** |

Plaintiff James Mah, an individual and a trustee of The Mah Revocable Living Trust ("Plaintiff") and Kelly Loeffler, in her official capacity as the Administrator of the United States Small Business Administration ("Federal Defendant"), hereby stipulate, by and through their undersigned counsel, to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiff's Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief ("Complaint") from **September 5, 2025**, up to and including **September 12, 2025**.

1. Plaintiff filed his Complaint on May 20, 2025, against Federal Defendant. ECF No. 1.

2. Federal's Defendant's response to Plaintiff's Complaint is currently due on September 5, 2025.

3. Plaintiff and Federal Defendant hereby stipulate and agree that the time for Federal Defendant to respond to Plaintiff's Complaint shall be extended from **September 5, 2025**, up to and including **September 12, 2025**.

The extension is necessary because Federal Defendant's counsel was out of the office on pre-scheduled leave on August 29th, her office was closed on September 1st, and she has depositions scheduled in another case, as well as a response in a separate action, both on September 3rd, and needs the additional time to formulate a proper response and to coordinate with agency counsel.

This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 2nd day of September 2025.

| | |
|---|---|
| PAUL PADDA LAW, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Tony L. Abbatangelo*<br>TONY L. ABBATANGELO, ESQ.<br>Nevada Bar No. 3897<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, NV 89103<br>*Attorneys for Plaintiff* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 9/3/2025