SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
KARISSA D. NEFF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MAH, an individual and a trustee of THE MAH REVOCABLE LIVING TRUST,<br><br>Petitioner,<br><br>v.<br><br>KELLY LOEFFLER, in her official capacity as the Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Respondent. | Case No. 2:25-cv-00884-RFB-DJA<br><br>**Stipulation and Order to Extend Time to File a Response to Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief**<br><br>**(Second Request)** |

Plaintiff James Mah, an individual and a trustee of The Mah Revocable Living Trust ("Plaintiff") and Kelly Loeffler, in her official capacity as the Administrator of the United States Small Business Administration ("Federal Defendant"), hereby stipulate, by and through their undersigned counsel, to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiff's Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief ("Complaint") from **September 12, 2025**, up to and including **September 26, 2025**.

1. Plaintiff filed his Complaint on May 20, 2025, against Federal Defendant. ECF No. 1.

1

2. By stipulation and order Federal's Defendant's response to Plaintiff's Complaint is currently due on September 12, 2025. ECF No. 11.

3. Plaintiff and Federal Defendant hereby stipulate and agree that the time for Federal Defendant to respond to Plaintiff's Complaint shall be extended from **September 12, 2025**, up to and including **September 26, 2025**.

The extension is necessary for the parties' counsel to discuss possible resolution, to further communicate with the Small Business Administration's agency counsel regarding the same, and to accommodate Federal Defendant's existing case load due to staffing shortages and conflicting deadlines on other matters she is handling.

This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 10th day of September 2025.

| | |
|---|---|
| PAUL PADDA LAW, PLLC | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Tony L. Abbatangelo*<br>TONY L. ABBATANGELO, ESQ.<br>Nevada Bar No. 3897<br>4560 South Decatur Blvd., Suite 300<br>Las Vegas, NV 89103<br>*Attorneys for Plaintiff* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  9/11/2025