SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar Number 8264
KARISSA D. NEFF
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MAH, an individual and a trustee of THE MAH REVOCABLE LIVING TRUST,<br><br>Petitioner,<br><br>v.<br><br>KELLY LOEFFLER, in her official capacity as the Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Respondent. | Case No. 2:25-cv-00884-RFB-DJA<br><br>**Stipulation and Order to Extend Time to File a Response to Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief**<br><br>**(Third Request)** |

Plaintiff James Mah, an individual and a trustee of The Mah Revocable Living Trust ("Plaintiff") and Kelly Loeffler, in her official capacity as the Administrator of the United States Small Business Administration ("Federal Defendant"), hereby stipulate, by and through their undersigned counsel, to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiff's Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief ("Complaint") from **September 26, 2025**, up to and including **October 10, 2025**.

1. Plaintiff filed his Complaint on May 20, 2025, against Federal Defendant.  ECF No. 1.
**2.** By stipulation and order Federal's Defendant's response to Plaintiff's

1

Complaint is currently due on September 26, 2025. ECF No. 13

3. The parties now stipulate and agree to extend the time for Federal Defendant to file its response from September 26, 2025, up to and including October 10, 2025.

The extension is necessary to give the parties' counsel additional time to discuss possible resolution, to communicate with the Small Business Administration's agency counsel regarding the same, and to accommodate Federal Defendant's existing case load due to staffing shortages and conflicting deadlines on other matters she is handling. Federal Defendant's counsel will also be out of the office the week of October 29th on pre-scheduled leave.

This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 25th day of September 2025.

| PAUL PADDA LAW, PLLC | SIGAL CHATTAH |
| --- | --- |
|  | Acting United States Attorney |
| */s/ Tony L. Abbatangelo* | */s/ Karissa D. Neff* |
| TONY L. ABBATANGELO, ESQ. | KARISSA D. NEFF |
| Nevada Bar No. 3897 | Assistant United States Attorney |
| 4560 South Decatur Blvd., Suite 300 | 501 Las Vegas Blvd. So., Suite 1100 |
| Las Vegas, NV 89103 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 9/29/2025