TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
EDNIN D. MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone (702) 388-6336
Ednin.Martinez@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES MAH, an individual and a trustee of THE MAH REVOCABLE LIVING TRUST,<br><br>Petitioner,<br><br>v.<br><br>KELLY LOEFFLER, in her official capacity as the Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION<br><br>Respondent. | Case No. 2:25-cv-00884-RFB-DJA<br><br>**Stipulation and Order to Extend Time to File a Response to Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief**<br><br>**(Fourth Request)** |

Plaintiff James Mah, an individual and a trustee of The Mah Revocable Living Trust ("Plaintiff") and Kelly Loeffler, in her official capacity as the Administrator of the United States Small Business Administration ("Federal Defendant"), hereby stipulate, by and through their undersigned counsel, to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiff's Complaint for Judicial Review of Final Agency Determination and Complaint for Declaratory and Injunctive Relief ("Complaint") to **December 23, 2025**.

1. Plaintiff filed his Complaint on May 20, 2025, against Federal Defendant. ECF No. 1.
2. By stipulation and order, Federal's Defendant's response to Plaintiff's

1  Complaint was due on October 10, 2025. ECF No. 15.

2      3.    By Judge Gordon's General Order 2025-07, "all filing and discovery deadlines imposed upon the United States, any of its federal agencies, and any of its officers or employees, are extended by the number of days equal to the length (in days) of the lapse of appropriations plus ten days[.]" *See* Gen. Order 2025-07 at 1:18-20. Accordingly, that October 10, 2025, response deadline is extended by the forty-three (43) day length of the lapse in government appropriations plus ten (10) days, which would be December 2, 2025.

    4.    The parties now stipulate and agree to extend the time for Federal Defendant to file its response from December 2, 2025, up to and including December 23, 2025.

The extension is necessary because the previous AUSA for Federal Defendant left the office during the shutdown, and this case was recently reassigned to the undersigned AUSA. This three-week extension will give the parties' counsel additional time to discuss possible resolution, to communicate with the Small Business Administration's agency counsel regarding the same, and to accommodate Federal Defendant's existing case load due to increasingly severe staffing shortages.

This is the fourth request to extend the time for Federal Defendant to response to Plaintiff's Complaint. This stipulated request is brought in good faith and not for the purposes of undue delay.

/ / /

Respectfully submitted this 24th day of November 2025.

| PAUL PADDA LAW, PLLC | SIGAL CHATTAH |
|---|---|
| | First Assistant U.S. Attorney |
| */s/ Tony L. Abbatangelo* | */s/ Ednin D. Martinez* |
| TONY L. ABBATANGELO, ESQ. | EDNIN D. MARTINEZ |
| Nevada Bar No. 3897 | Assistant United States Attorney |
| 4560 South Decatur Blvd., Suite 300 | 501 Las Vegas Blvd. So., Suite 1100 |
| Las Vegas, NV 89103 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 11/26/2025

3