TONY L. ABBATANGELO, ESQ. (*NV Bar #3897*)
Email: tony@thevegaslawyers.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Mailing Address:*
4030 S. Jones Boulevard, Unit 30370
Las Vegas, Nevada  89173

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MAH, an individual and a trustee of THE MAH REVOCABLE LIVING TRUST,<br><br>Petitioner,<br><br>vs.<br><br>ISABELLA GUZMAN, in her official capacity as the Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION;<br><br>Respondent. | CASE NO.: 2:25-CV-00884-RFB-DJA<br><br>**Stipulation and Order to Extend Time to File Response to Federal Defendant's Motion to Dismiss Plaintiff's Complaint for Judicial Review of Final Administrative Agency Determination and Complaint for Declaratory Relief and Injunctive Relief**<br><br>**[Second Request]** |

Petitioner James Mah, an individual and trustee of the Mah Revocable Living Trust ("Petitioner") and Kelly Loeffler, in her official capacity as the Administrator of the United States Small Business Administration ("Federal Defendant"), hereby stipulate, by and through their undersigned counsel, to extend the time for Petitioner to file a response to Federal Defendant's Motion to Dismiss Plaintiff's Petition for Judicial Review of Final Administrative Agency Determination and Complaint for Declaratory and Injunctive Relief  (Doc. 19) from **February 5, 2026** to **February 27, 2026.**

1

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

1. Federal Defendant filed its Motion to Dismiss Petition for Judicial Review of Final Administrative Agency Determination and Complaint for Declaratory and Injunctive Relief (Doc. 19) on December 23, 2025.

2. Petitioner and Federal Defendant hereby stipulate and agree that the time for Petitioner to respond to Federal Defendant's Motion to Dismiss shall be extended from **February 5, 2026** to **February 27, 2026.**

The extension is in good faith and is necessary for the parties' counsel to continue to work together to discuss possible resolution, to further review documents and accounts related to the subject matter of the Petition and Motion to Dismiss, and to accommodate existing commitments of counsel for Petitioner.

This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted:

**PAUL PADDA LAW, PLLC**                    **SIGAL CHATTAH**
                                            First Assistant United States Attorney

/s/ Tony L. Abbatangelo                      /s/ Ednin D. Martinez
TONY L. ABBATANGELO, ESQ.                    EDNIN D. MARTINEZ
Nevada Bar No. 3897                          Assistant United States Attorney
4560 South Decatur Blvd., Suite 300          501 Las Vegas Blvd. So, Ste. 1100
Las Vegas, NV 89103                          Las Vegas, Nevada 89101
*Attorneys for Petitioner*                   *Attorneys for Federal Defendant / Respondent*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 10, 2026.

2