TONY L. ABBATANGELO, ESQ. (*NV Bar #3897)*
Email: tony@thevegaslawyers.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888
Fax: (702) 366-1940

*Mailing Address:*
4030 S. Jones Boulevard, Unit 30370
Las Vegas, Nevada 89173

*Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES MAH, an individual and a trustee of THE MAH REVOCABLE LIVING TRUST, <br><br> Petitioner, <br><br> vs. <br><br> KELLY LOEFFLER, in her official capacity as the Administrator of the UNITED STATES SMALL BUSINESS ADMINISTRATION; <br><br> Respondent. | CASE NO.: 2:25-CV-00884-RFB-DJA <br><br> **Stipulation and Order for Dismissal of Complaint for Judicial Review of Final Administrative Agency Determination and Complaint for Declaratory Relief and Injunctive Relief with Prejudice (Doc. 1)** |

Petitioner/Plaintiff James Mah, an individual and trustee of the Mah Revocable Living Trust ("Petitioner"), by and through his counsel, Anthony L Abbantangelo, and Respondent/Defendant Kelly Loeffler, in her official capacity as the Administrator of the United States Small Business Administration ("Federal Defendant"), by and through the undersigned United States Attorney, hereby stipulate and agree that Petitioner's Complaint for Judicial Review of Final Administrative Agency Determination and Complaint for Declaratory Relief and Injunctive Relief (Doc. 1) as filed on May 20, 2025, shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

1

Respectfully submitted:

**PAUL PADDA LAW, PLLC**

*/s/ Tony L. Abbatangelo*
TONY L. ABBATANGELO, ESQ.
Nevada Bar No. 3897
4560 South Decatur Blvd., Suite 300
Las Vegas, NV 89103
*Attorneys for Petitioner*

**SIGAL CHATTAH**
First Assistant United States Attorney

*/s/ Ednin D. Martinez*
EDNIN D. MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So, Ste. 1100
Las Vegas, Nevada 89101
*Attorneys for Federal Defendant / Respondent*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 26, 2026.

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

2